■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM DOUD, Respondent, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Appellant.— Appeal unanimously dismissed. Memorandum: The proceeding in which the order appealed from was entered having been reopened on

August 3, 1972 in accordance with our order entered May 31, 1972 (39 A D 2d 837), this appeal thereupon terminated. (Appeal from judgment of Wyoming County Court, remanding relator to Monroe County Court for further proceedings.) Present — Goldman, P. J., Marsh, Moule and Henry, JJ.